IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL CEANNT | § | |
|     Plaintiff, | § | |
| V. | § | C.A. NO. M-08-CV-82 |
| | § | |
| ERIK CHRISTIAN PINKSTON, | § | |
|     Defendant. | § | |

## **MEMORANDUM OPINION AND ORDER TO FILE PLAINTIFF'S LETTER AND REFER MOTIONS TO TRIAL JUDGE**

Plaintiff sent a letter to this judge requesting review by the Chief Judge of the actions of the clerk in connection with the above-referenced case. His letter is titled "Notice of Barratry by the United States District Clerk for the Southern District of Texas," and he requests as relief removal of Deputy Clerk Ed Leandro for barratry because he failed to issue a writ of assistance.

The court declines to open a disciplinary matter regarding the clerk because plaintiff's complaint is more properly addressed by the trial judge assigned to handle this litigation. The Clerk shall file plaintiff's letter as a pleading in this case, and refer to the trial judge any

motions which require action. If the plaintiff is not satisfied with the action of the trial judge, plaintiff may appeal to the Fifth Circuit Court of Appeals.[1]

ORDERED this 11 day of July, 2008.

HAYDEN HEAD
CHIEF JUDGE

---

[1] The Chief Judge does not "sit as a quasi-appellate court and review the decisions of other judges in the district." *In re McBryde*, 117 F.3d 208, 225 (1997), *cert. denied*, 524 U.S. 937, 118 S.Ct. 2340 (1998).